Tammy L. Hussin
6404 Merlin Dr, Suite # 100
Carlsbad, CA 92011
855-301-2100-5514
Fax: 203-653-3424

*Of Counsel to*
Lemberg & Associates LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT  06905
Telephone:  (203) 653-2250
Facsimile:  (203) 653-3424

Attorneys for Plaintiff,
Maiah Day

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| Maiah Day, | Case No.: 1:11-cv-00908-OWW -MJS |
| Plaintiff, | **VOLUNTARY WITHDRAWAL** |
| vs. | |
| Tate & Kirlin Associates; and DOES 1-10, inclusive, | |
| Defendants. | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**NOTICE OF WITHDRAWAL OF COMPLAINT AND
VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE
<u>PURSUANT TO RULE 41(a)</u>**

Maiah Day ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Plaintiff

   */s/ Tammy Hussin*

TAMMY HUSSIN

Attorney for Plaintiff


IT IS SO ORDERED.

Dated:   **August 31, 2011**              **/s/ Oliver W. Wanger**
                                          UNITED STATES DISTRICT JUDGE